UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TONYA BAMBERGER, | : |
| | : 3:19-CV-2231 |
| Plaintiff, | : |
| | : (JUDGE MARIANI) |
| v. | : (Magistrate Judge Schwab) |
| | : |
| ANDREW SAUL, Commissioner of Social Security, | : |
| | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS 1ST DAY OF JUNE 2020**, upon review of Magistrate Judge Schwab's Report and Recommendation (R&R) (Doc. 7) for clear error or manifest injustice,

**IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 7) is **ADOPTED** for the reasons set forth therein;

2. Defendant's Motion for Change of Venue (Doc. 4) is **GRANTED**;

3. The above-captioned matter is **TRANSFERRED** to the United States District Court for the District of Maryland.

_/s/ Robert D. Mariani_
Robert D. Mariani
United States District Judge